IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 13 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

JOHN W. TROUTT JR.                                    PLAINTIFF

NO: 3:03CV00265-WRW

PHL VARIABLE INSURANCE COMPANY                        DEFENDANT

## ORDER

The parties have resolved their differences, and on their joint oral motion the Court dismisses this case with prejudice.

IT IS SO ORDERED.

_____
The Honorable William R. Wilson Jr.,
United States District Judge

Date: 7/12/05